UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOPEZ MORENO,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>DAVID DAVEY, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-06403-ODW (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING ACTION WITH PREJUDICE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered **DISMISSING** this action with prejudice and without leave to amend.

Dated: March 22, 2018

　　　　　　　　　　　　　　　　　　　　　　　———————————————
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge