JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOPEZ MORENO,<br><br>             Petitioner,<br><br>        v.<br><br>DAVID DAVEY, Warden,<br><br>             Respondent. | Case No. CV 16-06403-ODW (SHK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is **DISMISSED**, with prejudice.

Dated: March 22, 2018

                                            HONORABLE OTIS D. WRIGHT, II
                                            United States District Judge